UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kristal Scott,

                Plaintiff,        Case No. 21-12774

v.                                  Judith E. Levy
                                  United States District Judge

City of Detroit, Detroit Police
Department, Bridge Lamar, Gail      Mag. Judge Anthony P. Patti
Oxendine, James Craig, Leticia
Jones, and Valerie Bryant,

                Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE [1]

On November 29, 2021, *pro se* Plaintiff Kristal Scott filed the complaint in this employment discrimination case against her former employer, the Detroit Police Department ("DPD"). (ECF No. 1.) Plaintiff alleges that the DPD improperly "retired" her on September 17, 2017 and then failed to provide her with timely benefits. (*Id.*, PageID.7–11.) In her complaint, Plaintiff references other legal proceedings in which she has been involved that may be relevant to this case because the claims in the earlier legal proceedings appear to be similar to or related to the claims

here. (*See id.*, PageID.9, 13.) Therefore, on December 6, 2021, the Court ordered Plaintiff "to file a list of all court cases she has filed regarding her employment with the DPD and termination from the DPD no later than December 20, 2021." (ECF No. 5, PageID.22.) The Court warned that "[f]ailure to comply with this order may result in dismissal of this case." (*Id.*) However, Plaintiff did not respond.

To provide Plaintiff with another opportunity to respond, on January 27, 2022, the Court entered an order requiring Plaintiff to file a list of all court cases she has filed regarding her employment with the DPD and her termination from the DPD and to show cause in writing why the case should not be dismissed for failure to prosecute. (*See* ECF No. 6.) The Court warned Plaintiff that if she did not comply with the order by February 11, 2022, her complaint may be dismissed. To date, Plaintiff has not responded to the Court's orders (ECF Nos. 5, 6).

Accordingly, Plaintiff's complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: February 14, 2022      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2022.

                                               s/William Barkholz
                                               WILLIAM BARKHOLZ
                                               Case Manager